

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00004-CV

**IN RE** Scott **KEHOE** and Tana Kehoe, Relators

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

Delivered and Filed: January 13, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relators have filed a petition for writ of mandamus and motion for temporary relief. We have the power to issue writs of mandamus, but only when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists" *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and documents included in the appendix, we conclude relators have not satisfied their burden. Accordingly, we deny the petition and motion for temporary relief. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 15-089, styled *Richard Wagner, et al., v. Kehoe, Tanita Faye, et al.*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.